UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __12-2076__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Plaintiff-Appellee__

__Steven Wayne Thomas__ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

__/s/ E. Hardy Lewis__
(signature)

__E. Hardy Lewis__
Name (printed or typed)

__919-755-3993__
Voice Phone

__Blanchard, Miller, Lewis & Isley, PA__
Firm Name (if applicable)

__919-755-3994__
Fax Number

__1117 Hillsborough Street__

__Raleigh, NC 27603__
Address

__hlewis@bmlilaw.com__
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __03/18/2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

__/s/ E. Hardy Lewis__                                __03/18/2013__
Signature                                              Date

11/17/2011
SCC