FILED: August 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2076
(5:10-cv-00052-BO)

_____

STEVEN WAYNE THOMAS

       Plaintiff - Appellee

v.

R. V. HOLLY, individually; MARK MELTON, individually; M. D. SMITH, individually; KEN GILSTRAP, individually; JUSTIN MATTHEWS, individually; DON LLOYD, individually; DARIN SMITH, individually; CLINT BABB, individually; C. B. ESTES, individually; BRYAN ALLEN, individually; BILL MARCUM, individually; SHERIFF TRACY CARTER, individually and in his official capacity as Lee County Sheriff

       Defendants - Appellants

and

PABLO MORA, individually; JOHN DOE 15, individually; JOHN DOE 14, individually; JOHN DOE 13, individually; JOHN DOE 12, individually; JOHN DOE 11, individually; JOHN DOE 10, individually; JOHN DOE 9, individually; JOHN DOE 8, individually; JOHN DOE 7, individually; JOHN DOE 6, individually; JOHN DOE 5, individually; JOHN DOE 4, individually and in his official capacity as a Corrections Officer for the North Carolina Department of Corrections; JOHN DOE 3, individually and in his official capacity as a Corrections Officer for the North Carolina Department of Corrections; JOHN DOE 2, individually and in his official capacity as a Corrections Officer for the North Carolina Department of Corrections; JOHN DOE 1, individually and in his official capacity as a Corrections Officer for the North Carolina Department of Corrections; GERALD BRANKER, in his official capacity as Administrator for Central Prison, North Carolina Department of Corrections; NURSE DOE; NORTH CAROLINA

DEPARTMENT OF CORRECTIONS; LEE COUNTY SHERIFF'S DEPARTMENT; LEE COUNTY, NORTH CAROLINA; DEFENDANTS YET TO BE IDENTIFIED, individually; NURSE DOE, individually and in her official capacity as a Nurse for Central Prison, North Carolina Department of Correction

   Defendants

———————————

O R D E R

———————————

  The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

  Entered at the direction of the panel: Judge Niemeyer, Judge Keenan, and Senior Judge Hamilton.

            For the Court

            /s/ Patricia S. Connor, Clerk